KATHERINE HART #76715
Attorney at Law
2055 San Joaquin Street
Fresno, CA  93721
Tel.:(559) 256-9800
Fax: (559) 256-9798

Attorney for Defendant JOHN ROBERT KIDDER

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                          )<br>        Plaintiff,           )<br>                          )<br>        v.                )<br>                          )<br>                          )<br>JOHN ROBERT KIDDER,       )<br>                          )<br>        Defendant.        )<br>_____) | CASE NO. 03-5323 OWW<br><br>ORDER AFTER HEARING REGARDING TERMINATION OF PROBATION UPON INDUCTION INTO THE ARMY |

Upon motion made by Defendant JOHN ROBERT KIDDER, a hearing was held October 17, 2005 at 1:30 p.m. Present for the defendant was his attorney, KATHERINE HART. Present for the Office of the United States Attorney was Assistant United States Attorney Sherrill A. Carvalho. Present for the Office of the United States Probation Department was Thomas Brown, United States Probation Officer, Sacramento, California.

GOOD CAUSE APPEARING, it is hereby ordered as follows:

**That the Term of Supervised Release by the United States Probation Office shall terminate upon payment of the balance due for restitution and upon acceptance by the army of JOHN**

1

**ROBERT KIDDER for a tour of duty of thirty-six months;**

**That should JOHN ROBERT KIDDER not report for duty or should JOHN ROBERT KIDDER leave the army prior to the expiration of his thirty-six month tour of duty for any reason under his own control, supervised release shall resume and he shall be readmitted to complete his term of supervised release with the United States Probation Office.**

IT IS SO ORDERED.

/s/ OLIVER W. WANGER

DATED: October 25 , 2005

OLIVER W. WANGER, Judge of the
Eastern District, Federal District Court